## Commonwealth v. Nelson, Appellant.

Argued April 16, 1975. *John A. Burkhiser*, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Nelson, Appellant.

Argued April 14, 1975. *John H. Corbett, Jr.*, Trial Defender, with him *John R. Cook*, Trial Defender, *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Charles W. Johns*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Petrosky, Appellant.

Argued April 16, 1975. *E. DiSantis*, with him *Joel M. Dresbold*, and *Behrend and Aronson*, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Order affirmed.